IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LESTER WILSON** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 19-0192** |
| **v.** | : | |
| | : | |
| **SUPERINTENDENT TAMMY FERGUSON** | : | |
| | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 30th day of September 2021, upon consideration of Defendant Superintendent Tammy Ferguson's *motion for summary judgment*, [ECF 38], and Plaintiff Lester Wilson's response in opposition, [ECF 39], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that Defendant's motion for summary judgment is **GRANTED**.

Accordingly, **JUDGMENT** is entered in favor of Defendant Superintendent Tammy Ferguson and against Plaintiff Lester Wilson on all remaining claims.

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*